**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant Wal-Mart Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FABIOLA FRAGOSO, individually;<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART, INC., a foreign corporation; DOE EMPLOYEES; DOE MANAGERS; DOES I-XX, inclusive; and ROE CORPORATIONS I-XX, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01507-CDS-EJY<br><br>**MOTION FOR REMOVAL FROM CMF/ECF SERVICE LIST** |

  Kurt R. Bonds, Esq. of the law firm Hall & Evans, LLC (the "firm"), as former counsel for WALMART, INC., ("the "Party"), hereby submits Motion for Order Granting Request for Removal from CM/ECF Service List as to Kurt R. Bonds, Esq. ("the Motion"). This Motion is made and supported by the following Memorandum of Points and Authorities.

/ / /

/ / /

/ / /

/ / /

/ / /

1

KRB/20147-30

## MEMORANDUM OF POINTS AND AUTHORITIES

Kurt R. Bonds, Esq. is no longer involved in this matter. ECF notice to Kurt R. Bonds, Esq., are no longer required; therefore, the Firm hereby submits this Motion for Order granting Request for Removal from CM/ECF Service List as to Kurt R. Bonds, Esq.

Dated this 16th day of January, 2025.

                HALL & EVANS, LLC

                */s/ Kurt R. Bonds*
                KURT R. BONDS, ESQ.
                Nevada Bar No. 6228
                TANYA M. FRASER, ESQ.
                Nevada Bar No. 13872
                1160 North Town Center Drive
                Suite 330
                Las Vegas, Nevada 89144
                (702) 998-1022
                nvefile@hallevans.com
                *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

**DATED: January 16, 2025**

_____
**U.S. MAGISTRATE JUDGE**

KRB/20147-30