JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
**BLACKBURN WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150
Las Vegas, Nevada 89148
Phone: (702) 464-5000
Fax: (702) 463-4440
ash@blackburnwirth.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FABIOLA FRAGOSO, individually; <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART, INC., a foreign corporation; DOE EMPLOYEES; DOE MANAGERS; DOES I-XX, inclusive; and ROE CORPORATIONS I-XX, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-01507-CDS-EJY <br><br> **STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (THIRD REQUEST)** |

Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the Joint Pretrial Order deadline in the above-captioned matter. Good cause exists to extend the remaining deadline for the reasons outlined herein.

**A. Reason For the Requested Extension**

On December 6, 2024, this Court entered an Order Granting in Part Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment. Accordingly, the stay on deadline to file the Joint Pretrial Order was lifted and, pursuant to LR 26-1 (b)(5), the deadline for filing said Order became January 6, 2024. The parties filed a Stipulation to Extend Joint Pretrial Order Deadline (First Request) on December 16, 2024 (ECF 62). On the same day, the Stipulation to Extend was granted (ECF 63). On January 14, 2025, Defendant filed a Stipulation and Order for the Substitution of Counsel (ECF 64). On January 15, 2025,

Defendant's Stipulation and Order for the Substitution of Counsel was granted (ECF 65). On January 31, 2025, the parties filed a Stipulation to Extend Joint Pretrial Order Deadline (Second Request).

Since the granting of the last extension to extend the Joint Pretrial Order deadline, the parties have worked diligently to review and prepare all of the documents, transcripts and exhibits in this matter. The parties have been in contact through the entire process and have determined that an in-person meeting would be appropriate given the voluminous number of medical records and documents generated throughout discovery. Unfortunately, due to scheduling conflicts, the parties are unable to conduct said meeting within the current deadline.

Additionally, the parties have discussed the potential for conducting a second mediation of this matter. The additional requested time will allow the parties to decide whether or not to participate in a second mediation, and to schedule accordingly. It will also allow the parties to conduct an in-person meeting to properly complete the Joint Pretrial Order and resolve any issues that may arise in the process.

**B. Proposed Revised Pretrial Order Schedule**

The Joint Pretrial Order is due on March 10, 2025 and the parties are requesting a thirty (30) day extension moving the deadline to April 9, 2025. This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to adequately prepare and meet and confer about the contents of the Joint Pretrial Order, as well as the parties' intended exhibits. It will also allow the parties to decide whether to conduct a second mediation of this matter and schedule accordingly. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the extension.

///

///

///

///

WHEREFORE, the parties respectfully request that this Court extend the deadline for submitting their Joint Pretrial Order from the current deadline as outlined above.

DATED this 31st day of January 2025.             DATED this 31st day of January, 2025.

**BLACKBURN WIRTH, LLP**                         **BURGER, MEYER &D'ANGELO, LLP**

*/s/ Tyler A. Bixby*                             */s/ Curtis Rawlings*
ASH MARIE BLACKBURN, ESQ.                        CURTIS RAWLINGS ESQ.
Nevada Bar No. 14712                             Nevada Bar No. 6790
TYLER A. BIXBY, ESQ.                             SUSAN E. GILLESPIE, ESQ.
Nevada Bar No. 16679                             Nevada Bar No. 15227
6018 S. Fort Apache Road, Ste. 150               725 s. 8th Street, Suite 200
Las Vegas, NV 89148-5652                         Las Vegas, NV 89101
*Counsel for Plaintiff*                          *Attorneys for Defendant*

**Fragoso v. Walmart, Inc.**
**Case No.: 2:22-cv-01507-CDS-EJY**
**SAO to Extend Joint Pretrial**
**Order Deadline (Third Request)**

**ORDER**

**IT IS SO ORDERED.**

DATED this 6th day of March, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**