**Curtis R. Rawlings, Esq.**
Nevada Bar No.: 6790
**Susan E. Gillespie, Esq.**
Nevada Bar No. 15227
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile:   (949) 427-1889
Email: crawlings@burgermeyer.com
           sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FABIOLA FRAGOSO, individually; <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART, INC., a foreign corporation; DOE EMPLOYEES; DOE MANAGERS; DOES I-XX, inclusive; and ROE CORPORATIONS I-XX, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-01507-CDS-EJY <br><br> **STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (FOURTH REQUEST)** |

Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the Joint Pretrial Order deadline in the above-captioned matter. Good cause exists to extend the remaining deadline for the reasons outlined herein.

**A. Reason For the Requested Extension**

On December 6, 2024, this Court entered an Order Granting in Part Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment. Accordingly, the stay on deadline to file the Joint Pretrial Order was lifted and, pursuant to LR 26-1 (b)(5), the

deadline for filing said Order became January 6, 2024. The parties filed a Stipulation to Extend Joint Pretrial Order Deadline (First Request) on December 16, 2024 (ECF 62). On the same day, the Stipulation to Extend was granted (ECF 63). On January 14, 2025, Defendant filed a Stipulation and Order for the Substitution of Counsel (ECF 64). On January 15, 2025, Defendant's Stipulation and Order for the Substitution of Counsel was granted (ECF 65). On January 31, 2025, the parties filed a Stipulation to Extend Joint Pretrial Order Deadline (Second Request). On the same day, the Stipulation to Extend was granted (ECF 69). On March 6, 2025, the parties filed a Stipulation to Extend Joint Pretrial Order Deadline (Third Request). On the same day, the Stipulation to Extend was granted. (ECF 71).

Since the granting of the last extension to extend the Joint Pretrial Order deadline, the parties have worked diligently to review and prepare all of the documents, transcripts and exhibits in this matter. Additionally, additional defense counsel was assigned to handle this matter and has been attempting to get up to speed on the voluminous documents, pleadings, exhibits, and documents generated throughout discovery, and on April 2, 2025, Defendants filed a Notice of Association of Counsel (ECF 72). The parties have been in contact through the entire process and have agreed on a second mediation which is currently scheduled for May 29, 2025 in an attempt to resolve this matter without the need of preparing for trial.

The additional requested time will allow the parties to participate in a second mediation in good faith. The parties are also scheduling a meet and confer prior to the mediation so that if mediation fails, a Joint Pretrial Order can be immediately completed and filed with this Court.

**B. Proposed Revised Pretrial Order Schedule**

The Joint Pretrial Order is due on April 9, 2025 and the parties are requesting an extension moving the deadline to June 5, 2025. This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing the parties to participate in a second mediation scheduled for May 29, 2025. If the parties do not reach an agreement, the Joint Pretrial Order will be immediately filed given that a meet and confer will be scheduled prior to the mediation date. The parties respectfully

submit that the reasons set forth above constitute compelling reasons and good cause for the extension.

WHEREFORE, the parties respectfully request that this Court extend the deadline for submitting their Joint Pretrial Order from the current deadline as outlined above.

DATED this 3rd day of April, 2025.

**BURGER, MEYER &D'ANGELO, LLP**

*/s/ Curtis Rawlings*

CURTIS RAWLINGS ESQ.
Nevada Bar No. 6790
SUSAN E. GILLESPIE, ESQ.
Nevada Bar No. 15227
725 s. 8th Street, Suite 200
Las Vegas, NV 89101
*Attorneys for Defendant*

DATED this 3rd day of April, 2025.

**BLACKBURN WIRTH, LLP**

*/s/ Ash Marie Blackburn*

ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

DATED this 3rd day of April, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**