JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
**BLACKBURN WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150
Las Vegas, Nevada 89148
Phone: (702) 464-5000
Fax: (702) 463-4440
ash@blackburnwirth.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FABIOLA FRAGOSO, individually; <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART, INC., a foreign corporation; DOE EMPLOYEES; DOE MANAGERS; DOES I-XX, inclusive; and ROE CORPORATIONS I-XX, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-01507-CDS-EJY <br><br> **STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (FIFTH REQUEST)** |

Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the Joint Pretrial Order deadline in the above-captioned matter. Good cause exists to extend the remaining deadline for the reasons outlined herein.

**A. Reason For the Requested Extension**

On December 6, 2024, this Court entered an Order Granting in Part Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment. Accordingly, the stay on deadline to file the Joint Pretrial Order was lifted and, pursuant to LR 26-1 (b)(5), the deadline for filing said Order became January 6, 2024. The parties filed a Stipulation to Extend Joint Pretrial Order Deadline (First Request) on December 16, 2024 (ECF 62). On the same day, the Stipulation to Extend was granted (ECF 63). On January 14, 2025, Defendant filed a Stipulation and Order for the Substitution of Counsel (ECF 64). On January 15, 2025,

Defendant's Stipulation and Order for the Substitution of Counsel was granted (ECF 65). On January 31, 2025, the parties filed a Stipulation to Extend Joint Pretrial Order Deadline (Second Request). On March 6, 2025, the parties filed a Stipulation to Extend Joint Pretrial Order Deadline (Third Request). On April 3, 2025, the parties filed a Stipulation to Extend Joint Pretrial Order Deadline (Fourth Request).

Since the granting of the last extension to extend the Joint Pretrial Order deadline, the parties scheduled a second mediation for May 9, 2025. Unfortunately, due to scheduling conflicts, the parties had to move mediation to June 10, 2025. The parties attended a meet and confer pursuant to LR 16-3 on May 21, 2025. Since the meet and confer counsel for Defendant has had to attend two trials on May 29, 2025 and June 4, 2025 along with an unusually busy hearing calendar. As such, the parties have not had sufficient time to properly review and revise the Joint Pre-Trial Order following the meet and confer pursuant to LR 16-3 although substantial progress has been made.

### B. Proposed Revised Pretrial Order Schedule

The Joint Pretrial Order is due on June 5, 2025 and the parties are requesting a fourteen (14) day extension moving the deadline to June 19, 2025. This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct mediation and submit a proper and complete document to the court. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the extension.

///
///
///
///
///
///
///

WHEREFORE, the parties respectfully request that this Court extend the deadline for submitting their Joint Pretrial Order from the current deadline as outlined above.

DATED this 5th day of June, 2025.                    DATED this 5th day of June, 2025.

**BLACKBURN WIRTH, LLP**                              **BURGER, MEYER &D'ANGELO, LLP**

/s/ Tyler A. Bixby                                    /s/ Curtis Rawlings
ASH MARIE BLACKBURN, ESQ.                             CURTIS RAWLINGS ESQ.
Nevada Bar No. 14712                                  Nevada Bar No. 6790
TYLER A. BIXBY, ESQ.                                  SUSAN E. GILLESPIE, ESQ.
Nevada Bar No. 16679                                  Nevada Bar No. 15227
6018 S. Fort Apache Road, Ste. 150                    725 s. 8th Street, Suite 200
Las Vegas, NV 89148-5652                              Las Vegas, NV 89101
*Counsel for Plaintiff*                               *Attorneys for Defendant*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: June 6, 2025