# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Fabiola Fragoso,<br><br>        Plaintiff<br><br>v.<br><br>Wal-Mart Inc.,<br><br>        Defendant | Case No. 2:22-cv-01507-CDS-EJY<br><br>**Order Directing Parties to File a Dismissal or Joint Status Report** |

In their July 18, 2025 status report, the parties asked for an additional thirty days to file a stipulation of dismissal because "the process for obtaining final payoff letters is slow." ECF No. 79. I granted that requested and extended the deadline for filing a dismissal document, or a second joint status report regarding settlement, to August 18, 2025. Min. order, ECF No. 80. That deadline passed without the parties filing the ordered status report or dismissal.

It is therefore ordered that a stipulation of dismissal, or a joint status report addressing settlement, must be filed by September 2, 2025.

Dated: August 26, 2025

_____
Cristina D. Silva
United States District Judge