**Curtis R. Rawlings, Esq.**
Nevada Bar No.: 6790
**Susan E. Gillespie, Esq.**
Nevada Bar No. 15227
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile:  (949) 427-1889
Email: crawlings@burgermeyer.com
          sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FABIOLA FRAGOSO, individually;<br><br>Plaintiff<br><br>v.<br><br>WAL-MART, INC., a foreign corporation; DOE EMPLOYEES; DOE MANAGERS; DOES I-XX, inclusive; and ROE CORPORATIONS I-XX, inclusive,<br><br>Defendant | Case No.: 2:22-cv-01507-CDS-EJY<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

  **IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, FABIOLA FRAGOSO and WALMART, INC, by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

1    **IT IS FURTHER STIPULATED AND AGREED** each party shall bear their own

2   attorneys' fees and costs.

3    **IT IS FURTHER STIPULATED AND AGREED** Plaintiff's counsel shall not make

4   specific reference to Defendant or Plaintiff herein in terms of the settlement amount.

5   DATED this 23rd day of September, 2025.        DATED this 23rd day of September, 2025.

6   **BURGER, MEYER &D'ANGELO, LLP**             **BLACKBURN WIRTH, LLP**

7   */s/ Curtis Rawlings*                         */s/ Tyler Bixby*

8   _____            _____
    CURTIS RAWLINGS ESQ.                         ASH MARIE BLACKBURN, ESQ.
9   Nevada Bar No. 6790                          Nevada Bar No. 14712
    SUSAN E. GILLESPIE, ESQ.                     TYLER A. BIXBY, ESQ.
10  Nevada Bar No. 15227                         Nevada Bar No. 16679
    725 s. 8th Street, Suite 200                 6018 S. Fort Apache Road, Ste. 150
11  Las Vegas, NV 89101                          Las Vegas, NV 89148-5652
    *Attorneys for Defendant*                    *Counsel for Plaintiff*
12

13

14                                              **Fragoso v. Walmart, Inc.**
                                                **Case No.: 2:22-cv-01507-CDS-EJY**
15                                              **Stipulation and Order for Dismissal**

16

17

18                  Based on the parties' stipulation, this case is
                    dismissed with prejudice, with each party to bear
19                  its own costs and fees. The Clerk of Court is
                    kindly instructed to close this case.
20

21

22

23                  _____
                    UNITED STATES DISTRICT **JUDGE**
24                  Dated: September 24, 2025

25

26

27

28

BURGER, MEYER & D'ANGELO, LLP